In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00113-CV**
_____

**INDORAMA VENTURES OXIDES LLC, Appellant**

**V.**

**KINDER MORGAN TEJAS PIPELINE LLC, Appellee**

**On Appeal from the 60th District Court**
**Jefferson County, Texas**
**Trial Cause No. B-207,310**

**MEMORANDUM OPINION**

Appellant Indorama Ventures Oxides LLC and Appellee Kinder Morgan Tejas Pipeline LLC filed a joint motion to dismiss this accelerated appeal. *See* Tex. R. App. P. 42.1(a). In the motion, the parties represent they have settled the dispute and the appeal is moot. The parties filed the motion before the Court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

1

APPEAL DISMSSED.

PER CURIAM

Submitted on January 12, 2022
Opinion Delivered January 13, 2022

Before Golemon, C.J., Kreger and Horton, JJ.